Motion to dismiss appeal from order of Appellate Division refusing to resettle its order granted, with costs. The two interlocutory orders of the surrogate are not before us on this appeal.

---

TOWN OF NICHOLS, Respondent, v. SUMNER PARK et al., Appellants, Impleaded with Others.

THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

*Appeal — motion to dismiss appeal from order reversing order confirming report in condemnation proceedings denied.*

Reported below, 209 App. Div. 319.

(Argued October 5, 1925; decided October 13, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 4, 1924, which reversed an order of Special Term confirming the proceedings of commissioners of appraisal in condemnation proceedings.

The motion was made upon the ground that an appeal did not lie as of right to the Court of Appeals and that permission to appeal had not been obtained.

*Halsey Sayles* for motion.

*Archibald Howard* opposed.

Motion denied, with ten dollars costs.

---

LOUISE ELLIS, Respondent, v. ANN M. KELSEY et al., Appellants.

*Appeal — failure to file undertaking — motion to dismiss denied on filing of undertaking and payment of motion costs.*

Reported below, 214 App. Div. 784.

(Argued October 5, 1925; decided October 13, 1925.)

MOTION to dismiss the appeal of Hawley Chapman from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1925, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that said